THE STATE EX REL. SPEAKMAN, APPELLANT, *v.* RANCO, INC. ET AL., APPELLEES.

[Cite as *State ex rel. Speakman v. Ranco,
Inc.* (2000), 88 Ohio St.3d 225.]

(No. 98–1635—Submitted February 8, 2000—Decided March 22, 2000.)

---

*Stanley R. Jurus Law Offices* and *Michael J. Muldoon,* for appellant.

*Vorys, Sater, Seymour & Pease, L.L.P., Thomas M. Taggart* and *Theodore P. Mattis,* for appellee Ranco, Inc.

*Betty D. Montgomery,* Attorney General, and *William J., McDonald,* Assistant Attorney General, for appellee Industrial Commission.

---

MOYER, C.J., F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

RESNICK, J., separately dissents.

---

**ALICE ROBIE RESNICK, J., dissenting.** I would reverse the judgment of the court of appeals.